UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                              :      MAGISTRATE NO:
                                    :
ARREST WARRANT FOR                  :      UNDER SEAL   07-423-M-01
DANA E. MARSHALL                    :
                                    :
                                    :

**FILED**
AUG 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Government's Motion to Seal, and the facts set forth in the Affidavit in Support of Arrest Warrant, it is,

HEREBY ORDERED that the Motion shall be, and hereby is,

GRANTED, and the Affidavit in Support of Arrest Warrant, the Arrest Warrant, the Government's Motion to Seal, and this Court's Order to Seal, shall remain under seal until further Order of the Court.

Dated __AUG 2 3 2007__           _____
                                 MAGISTRATE JUDGE
                                 United States District Court
                                 District of Columbia
                                 **ALAN KAY**
                                 U.S. MAGISTRATE JUDGE

cc:

Thomas Hibarger
Assistant United States Attorney
Fraud and Public Corruption
555 4th Street NW
Washington, DC 20530